IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN WALTON, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )   Civ. A. No. 21-860 <br> )   Judge Nora Barry Fischer |
| WESTMORELAND COUNTY, et al. | ) ) ) ) |
| Defendants. | ) |

## JUDGMENT

AND NOW, this 3rd day of January, 2024, the Court having granted Defendants Westmoreland County and Gina Cerill's Motion for Summary Judgment (Docket No. 57), and as there are no claims remaining in this action,

IT IS FURTHER ORDERED that summary judgment is entered in favor of Defendants and against Plaintiff John Walton as to his claims at Counts I and II of his Amended Complaint; and,

IT IS FURTHER ORDERED that the Clerk of Court shall mark this case CLOSED.

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: All counsel of record.